**Fill in this information to identify the case**

United States Bankruptcy Court for the

_____ District of __Delaware__
                              (State)

Case number (*If known*): _____    Chapter __11__

☐  Check if this is
an  amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case  number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Liberman Broadcasting, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-0688078 |

**4. Debtor's address**

| Principal place of business | | | Mailing address, if different from principal place  of business | | |
|---|---|---|---|---|---|
| 1845 | West Empire Avenue | | | | |
| Number | Street | | Number | Street | |
| | | | P.O. Box | | |
| Burbank | California | 91504 | | | |
| City | State | ZIP Code | City | State | ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** | | |
| Los Angeles County | | | | | |
| County | | | Number | Street | |
| | | | City | State | ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.lbimedia.com |

**6. Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐  Partnership (excluding LLP)
☐  Other.  Specify: _____

Debtor    Liberman Broadcasting, Inc.

Name _____    Case number (if known) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5151 (Radio and Television Broadcasting)

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement  of operations, cash-flow statement, and federal income tax return or if all of these  documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the  Securities and Exchange Commission according to § 13 or 15(d) of the Securities  Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing  for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule  12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes    District _____    When _____    Case number _____
                                                      MM/ DD/ YYYY

         District _____    When _____    Case number _____
                                                      MM / DD/ YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1,

☐ No

☒ Yes    Debtor    See Schedule 1    Relationship    See Schedule 1

         District    See Schedule 1    When    See Schedule 1

         Case number, if known    _____    MM / DD/ YYYY

---

Debtor    Liberman Broadcasting, Inc.
Name _____    Case number (if known) _____

attach a separate list.

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br><br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>Number          Street<br><br>_____<br>City          State          ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br><br>☐ Yes. Insurance agency _____<br>Contact Name _____<br>Phone _____ |

---

| Statistical and administrative information |
|---|

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br><br>☒ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** (on a consolidated basis) | | | |
|---|---|---|---|
| | ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** (on a consolidated basis) | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** (on a consolidated basis) | | | |
|---|---|---|---|
| | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☒ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |

Debtor  Liberman Broadcasting, Inc.
Name                                                                    Case number (if known)

| | | |
|---|---|---|
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING** — Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ▪ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this  petition.

- ▪ I have been authorized to file this petition on behalf of the debtor.

- ▪ I have examined the information in this petition and have a reasonable belief that the information is true and  correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   November 21, 2018
                     MM/ DD /YYYY

✗   /s/ Brian Kei                                        Brian Kei
    Signature of authorized representative of         Printed name
    debtor

    Chief Financial Officer
    Title

**18. Signature of attorney**

✗   /s/ Daniel J. DeFranceschi              Date   November 21, 2018
    Signature of attorney for debtor                MM / DD / YYYY

    Daniel J. DeFranceschi                          Ray C. Schrock, P.C.
    Printed Name

    Richards, Layton & Finger, P.A.                 Weil, Gotshal & Manges LLP
    Firm Name

    One Rodney Square, 920 North King Street        767 Fifth Avenue
    Number        Street

    Wilmington, Delaware 19801                      New York, New York 10153
    City/State/Zip

    (302) 651-7700                                  (212) 310-8000
    Contact phone

    defranceschi@rlf.com                            ray.schrock@weil.com
    Contact email address

    2732            Delaware
    Bar Number      State

## Schedule 1

### Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for District of Delaware.  The debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of LBI Media, Inc.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT |
|---|---|---|---|
| Liberman Broadcasting, Inc. | 18-_____(  ) | November 21, 2018 | Delaware |
| LBI Media, Inc. | 18-_____(  ) | November 21, 2018 | Delaware |
| LBI Media Holdings, Inc. | 18-_____(  ) | November 21, 2018 | Delaware |
| LBI Media Intermediate Holdings, Inc. | 18-_____(  ) | November 21, 2018 | Delaware |
| Empire Burbank Studios LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Broadcasting of California LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| LBI Radio License LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Broadcasting of Houston LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Broadcasting of Houston License LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Television of Houston LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| KZJL License LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Television LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| KRCA Television LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| KRCA License LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Television of Dallas LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Television of Dallas License LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Broadcasting of Dallas LLC | 18-_____(  ) | November 21, 2018 | Delaware |
| Liberman Broadcasting of Dallas License LLC | 18-_____(  ) | November 21, 2018 | Delaware |

**ACTION BY**
**WRITTEN CONSENT OF**
**THE GOVERNING BODY OF**
**LIBERMAN BROADCASTING, INC.**

November 20, 2018

The required members of the board of directors (the "**Governing Body**"), of Liberman Broadcasting, Inc. (the "**Corporation**"), do hereby consent to, adopt, and approve, by written consent in accordance with Section 141(f) of the Delaware General Corporation Law the following resolutions and each and every action effected thereby:

> **WHEREAS**, the Governing Body of the Corporation has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of the Corporation regarding the liabilities and liquidity of the Corporation, the strategic alternatives available to it and the impact of the foregoing on the Corporation businesses;

> **WHEREAS**, the Governing Body of the Corporation has had the opportunity to consult with the management and the legal and financial advisors of the Corporation to fully consider each of the strategic alternatives available to the Corporation; and

> **WHEREAS**, each Governing Body believes that taking the actions set forth below are in the best interests of the Corporation and, therefore, desires to approve the following resolutions.

**I.**   **Commencement of Chapter 11 Case**

> **NOW, THEREFORE, BE IT RESOLVED**, that the Governing Body of the Corporation has determined, after due consultation with the management and the legal and financial advisors of the Corporation, that it is desirable and in the best interests of the Corporation, its creditors, and other parties in interest that a petition be filed with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") by the Corporation seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"); and be it

> **FURTHER RESOLVED**, that any manager, member, officer or director of the Corporation (each, an "**Authorized Officer**"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed to execute and file in the name and on behalf of the Corporation, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, and other documents (collectively, the "**Chapter 11 Filings**") in the Bankruptcy Court, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer, who may act without the joinder of any other Authorized Officer, deems necessary, proper, or desirable in connection with the Corporation's chapter 11 case (the "**Chapter 11 Case**") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses, and taxes such Authorized Person deems necessary, appropriate, or desirable), and (ii) negotiating, executing, delivering, performing, and filing any and all documents, schedules, statements, lists, papers, agreements, certificates, and/or instruments in connection with, or in furtherance of, the Chapter 11 Cases and the transactions and professional retentions set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case; and be it

**II.**  **Restructuring Support Agreement, Plan, and Disclosure Statement**

**FURTHER RESOLVED**, that in connection with the Chapter 11 Case, it is in the best interests of the Corporation to enter into a restructuring support agreement (the "**Restructuring Support Agreement**") on terms and conditions substantially similar to those set forth in the form of Restructuring Support Agreement previously provided to the Governing Body; and be it

**FURTHER RESOLVED**, that the form, terms and provisions of the Restructuring Support Agreement together with the Joint Chapter 11 Plan of Reorganization of LBI Media, Inc. and Its Affiliated Debtors (the "**Plan**") and related disclosure statement (the "**Disclosure Statement**") and the execution, delivery and performance thereof and the consummation of the transactions contemplated thereunder by the Corporation are hereby authorized, approved and declared advisable and in the best interests of the Corporation, with such changes therein and additions thereto as any Authorized Officer, who may act without the joinder of any other Authorized Officer, executing the same may in such Authorized Officer's discretion deem necessary or appropriate, it being acknowledged that the execution of the Restructuring Support Agreement, Plan, or Disclosure Statement and such other documents, agreements, instruments and certificates as may be required, or contemplated by the Restructuring Support Agreement, Plan and Disclosure Statement, as applicable, shall be conclusive evidence of the approval thereof; and be it

**FURTHER RESOLVED**, that any Authorized Officer, who may act without the joinder of any other Authorized Officer, is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, the Restructuring Support Agreement, Plan and Disclosure Statement, substantially in the forms previously presented to the Governing Body, together with such other documents, agreements, instruments and certificates as may be required, or contemplated by the Restructuring Support Agreement, Plan and Disclosure Statement; and be it

**FURTHER RESOLVED**, that any Authorized Officer, who may act without the joinder of any other Authorized Officer, is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions and extensions of the Restructuring Support Agreement, Plan and Disclosure Statement and/or any of the related documents which shall, in such Authorized Officer's sole judgment, be necessary, proper or advisable; and be it

**III.**  **Retention of Advisors**

**FURTHER RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as attorneys for the Corporation in its Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that the law firm of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 North King Street, Wilmington, DE 19801, is hereby retained as attorneys for the Corporation in its Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Guggenheim Securities, LLC, located at 330 Madison Avenue, New York, NY 10017, is hereby retained as investment banker for the Corporation in its Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Alvarez & Marsal North America, LLC, located at 2029 Century Park East, Los Angeles, CA 90067, is hereby retained as financial advisor for the Corporation in its Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, NY 10017, is hereby retained as claims, noticing and solicitation agent for the Corporation in its Chapter 11 Cases, subject to Bankruptcy Court approval; and be it

IV.    **General Authorization and Ratification**

**FURTHER RESOLVED**, that any Authorized Officer who may act without the joinder of any other Authorized Officer, is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of any Authorized Officer, who may act without the joinder of any other Authorized Officer, shall be or become necessary, proper, or desirable in connection with the Chapter 11 Cases; and be it

**FURTHER RESOLVED**, that any and all past actions heretofore taken by any Authorized Officer in the name and on behalf of the Corporation in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation.

**FURTHER RESOLVED**, that this consent may be executed in two or more counterparts, each of which shall constitute an original, and all of which shall constitute one and the same instrument. The secretary of the Corporation is authorized to place a copy of this consent in the official records of the Corporation to document the actions set forth herein as actions taken by the Governing Body of the Corporation.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, have executed this written consent as of the date set forth above.

_____
Name: José Liberman

_____
Name: Lenard D. Liberman

_____
Name: Winter Horton

_____
Name: Rockard Delgadillo

_____
Name: Peter Connoy

_____
Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, have executed this written consent as of the date set forth above.

_____
Name: José Liberman

_____
Name: Lenard D. Liberman

_____
Name: Winter Horton

_____
Name: Rockard Delgadillo

_____
Name: Peter Connoy

_____
Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, have executed this written consent as of the date set forth above.

_____

Name: José Liberman


_____

Name: Lenard D. Liberman

_____

Name: Winter Horton


_____

Name: Rockard Delgadillo


_____

Name: Peter Connoy


_____

Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, have executed this written consent as of the date set forth above.

_____
Name: José Liberman


_____
Name: Lenard D. Liberman


_____
Name: Winter Horton

_____
Name: Rockard Delgadillo


_____
Name: Peter Connoy


_____
Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, have executed this written consent as of the date set forth above.

_____
Name: José Liberman


_____
Name: Lenard D. Liberman


_____
Name: Winter Horton


_____
Name: Rockard Delgadillo


_____
Name: Peter Connoy


_____
Name: Neal Goldman

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, have executed this written consent as of the date set forth above.

_____
Name: José Liberman


_____
Name: Lenard D. Liberman


_____
Name: Winter Horton


_____
Name: Rockard Delgadillo


_____
Name: Peter Connoy


_____
Name: Neal Goldman

Fill in this information to identify the case:

Debtor name  Liberman Broadcasting, Inc.

United States Bankruptcy Court for the:

Case number (If known):

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | TMI TRUST COMPANY ATTN: KATHY KNAPP, VP, CCTS 1100 ABERNATHY ROAD NE, SUITE 480 ATLANTA, GA  30328-5634 | KATHY KNAPP, VP, CCTS FAX - 404-365-7055 | Unsecured Notes | | | | $     27,954,755 |
| 2 | U.S. BANK NATIONAL ASSOCIATION ATTN: GLOBAL CORPORATE TRUST SERVICES 1420 FIFTH AVENUE, 7TH FLOOR SEATTLE, WA  98101 | GLOBAL CORPORATE TRUST SERVICES FAX - 206-344-4630 | Unsecured Notes | | | | $      8,464,963 |
| 3 | ASCAP ATTN: GREGORY MORGADO, GENERAL COUNSEL 250 WEST 57TH STREET NEW YORK, NY  10107 | GREGORY MORGADO, GENERAL COUNSEL PHONE - 212-621-6000 FAX - 212-621-8453 | Trade | | | | $      1,977,292 |
| 4 | NIELSEN-MEDIA RESEARCH ATTN: ERIC J DALE, CHIEF LEGAL OFFICER 85 BROAD ST NEW YORK, NY  10004 | ERIC J DALE, CHIEF LEGAL OFFICER EMAIL - IR@NIELSEN.COM PHONE - 800-864-1224 | Trade | | | | $      1,063,095 |
| 5 | NIELSEN-AUDIO ATTN: ERIC J DALE, CHIEF LEGAL OFFICER 85 BROAD ST NEW YORK, NY  10004 | ERIC J DALE, CHIEF LEGAL OFFICER EMAIL - IR@NIELSEN.COM PHONE - 800-864-1224 | Trade | | | | $        532,798 |
| 6 | BROADCAST MUSIC, INC. ATTN: STUART ROSEN, SENIOR VICE PRESIDENT & GENERAL COUNSEL 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK, NY  10007-0030 | STUART ROSEN, SENIOR VICE PRESIDENT & GENERAL COUNSEL EMAIL - NEWYORK@BMI.COM PHONE - 212-220-3000 | Trade | | | | $        439,493 |
| 7 | LATHAM & WATKINS ATTN: MATTHEW ROSKOSKI, GENERAL COUNSEL 555 ELEVENTH STREET, NW SUITE 1000 WASHINGTON, DC  20004-1304 | MATTHEW ROSKOSKI, GENERAL COUNSEL EMAIL - MATTHEW.ROSKOSKI@LW.COM PHONE - 202-637-2131 | Trade | | | | $        301,652 |
| 8 | VTP 2721 MAGNOLIA BLVD BURBANK, CA  91505 | PHONE - 818-566-9898 FAX - 818-566-8989 | Trade | | | | $        253,572 |
| 9 | SESAC LATINA ATTN: CHRISTOS P BADAVAS, SENIOR VICE PRESIDENT & GENERAL COUNSEL 152 WEST 57TH STREET 57TH FLOOR NEW YORK, NY  10019 | CHRISTOS P BADAVAS, SENIOR VICE PRESIDENT & GENERAL COUNSEL PHONE - 212-586-3450 | Trade | | | | $        220,369 |
| 10 | MEDIAOCEAN LLC ATTN: ALLISON WALLACE, GENERAL COUNSEL 45 WEST 18TH STREET NEW YORK, NY  10011 | ALLISON WALLACE, GENERAL COUNSEL PHONE - 212-633-8100 FAX - 212-633-5418 | Trade | | | | $        140,369 |
| 11 | IWG TOWER ASSETS II, LLC ATTN: RONI D JACKSON, GENERAL COUNSEL 1199 N FAIRFAX ST STE 700 ALEXANDRIA, VA  22314 | RONI D JACKSON, GENERAL COUNSEL PHONE - 703-535-3009 | Trade | | | | $        128,323 |

Debtor Name: Liberman Broadcasting, Inc.

Case Number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | LEVEL(3) COMMUNICATIONS ATTN: ANN D DAVIDSON, SENIOR VICE PRESIDENT & GENERAL COUNSEL 100 CENTURYLINK DRIVE MONROE, LA 71203 | ANN D DAVIDSON, SENIOR VICE PRESIDENT & GENERAL COUNSEL PHONE - 318-388-9000 | Trade | | | | $ 116,949 |
| 13 | AMERICAN TOWER CORPORATION ATTN: ED DISANTO, EXECUTIVE VICE PRESIDENT, CHIEF ADMINISTRATIVE OFFICER, GENERAL COUNSEL AND SECRETARY 116 HUNTINGTON AVE 11TH FLOOR BOSTON, MA 02116 | ED DISANTO, EXECUTIVE VICE PRESIDENT, CHIEF ADMINISTRATIVE OFFICER, GENERAL COUNSEL AND SECRETARY PHONE - 617-375-7500 FAX - 617-375-7575 | Trade | | | | $ 82,070 |
| 14 | AD LEVERAGE ATTN: ANDREW PALOSI, PRESIDENT & CHIEF EXECUTIVE OFFICER 1329 E THOUSAND OAKS BLVD #200 THOUSAND OAKS, CA 91362 | ANDREW PALOSI, PRESIDENT & CHIEF EXECUTIVE OFFICER EMAIL - INFO@ADLEVERAGE.COM PHONE - 805-230-9100 | Trade | | | | $ 76,390 |
| 15 | MOODY'S INVESTORS SERVICE ATTN: JOHN J GOGGINS, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL 7 WORLD TRADE CENTER 250 GREENWICH STREET NEW YORK, NY 10007 | JOHN J GOGGINS, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL PHONE - 212-553-1653 | Trade | | | | $ 72,500 |
| 16 | STANDARD AND POOR'S ATTN: STEVEN J KEMPS, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL 55 WATER STREET NEW YORK, NY 10041 | STEVEN J KEMPS, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL PHONE - 866-436-8502 FAX - 212-438-3303 | Trade | | | | $ 72,500 |
| 17 | BURBANK WATER AND POWER ATTN: BOB LIU, CHIEF FINANCIAL OFFICER 164 W MAGNOLIA BLVD BURBANK, CA 91502-1720 | BOB LIU, CHIEF FINANCIAL OFFICER PHONE - 818-238-3700 | Trade | | | | $ 69,336 |
| 18 | AT&T ATTN: DAVID MCATEE, SENIOR VICE PRESIDENT & GENERAL COUNSEL 208 S AKARD ST DALLAS, TX 75202 | DAVID MCATEE, SENIOR VICE PRESIDENT & GENERAL COUNSEL PHONE - 210-821-4105 | Trade | | | | $ 57,950 |
| 19 | BUC, INC 1314 NORTH EAST 17 COURT FORT LAUDERDALE, FL 33305 | PHONE - 954-565-6715 FAX - 954-565-6715 | Trade | | | | $ 54,633 |
| 20 | IRELLA MANELLA LLP ATTN: RICHARD H BOROW, SENIOR PARTNER & GENERAL COUNSEL 1800 AVENUE OF THE STARS SUITE 900 LOS ANGELES, CA 90067-4276 | RICHARD H BOROW, SENIOR PARTNER & GENERAL COUNSEL EMAIL - INFO@IRELL.COM PHONE - 310-277-1010 FAX - 310-203-7199 | Trade | | | | $ 49,437 |
| 21 | VERTIV SERVICES, INC ATTN: COLIN FLANNERY, GENERAL COUNSEL 1050 DEARBORN DRIVE COLUMBUS, OH 43085 | COLIN FLANNERY, GENERAL COUNSEL PHONE - 614-888-0246 FAX - 614-841-6882 | Trade | | | | $ 44,214 |
| 22 | TVU NETWORKS CORP. ATTN: PAUL SHEN, CHIEF EXECUTIVE OFFICER 857 MAUDE AVENUE MOUNTAIN VIEW, CA 94043 | PAUL SHEN, CHIEF EXECUTIVE OFFICER PHONE - 950-969-6732 FAX - 650-969-6747 | Trade | | | | $ 39,201 |
| 23 | MARKETRON INC. ATTN: MATT WELLNER, CHIEF FINANCIAL OFFICER 101 EMPTY SADDLE TRAIL HAILEY, ID 83333 | MATT WELLNER, CHIEF FINANCIAL OFFICER PHONE - 208-788-6800 FAX - 208-788-6273 | Trade | | | | $ 34,329 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 CITY OF BURBANK-FIRE DEPT<br>2116 W MAGNOLIA BLVD<br>BURBANK, CA  91506 | PHONE - 818-964-1778<br>FAX - 818-238-3479 | Trade | | | | $       29,071 |
| 25 IMAGINE COMMUNICATIONS CORP<br>7950 LEGACY DRIVE, SUITE 400-485<br>PLANO, TX 75024 | EMAIL -<br>INSIDESALE@IMAGINECOMMUNICA TIONS.COM<br>PHONE - 469-803-4900<br>FAX - 469-535-2970 | Trade | | | | $       26,080 |
| 26 BECKROSE ESTATE, L.L.C.<br>C/O STEINBERG & POKOIK MGMT<br>575 MADISON AVE<br>NEW YORK, NY 10022 | PHONE - 212-755-9525 | Trade | | | | $       23,065 |
| 27 CARDONA, RENAN<br>C/O BRUCE KOKOZIAN, ESQ.<br>9440 S. SANTA MONICA BLVD., SUITE 510<br>BEVERLEY HILLS, CA 90210 | BRUCE KOKOZIAN, ESQ.<br><br>PHONE - 323-857-5900<br>FAX - 310-275-6301 | Litigation | C, U, D | | | $           - |
| 28 AMEZOLA, KARLA<br>C/O JONATHAN J. DELSHAD, ESQ.<br>1663 SAWTELLE BLVD., SUITE 220<br>LOS ANGELES, CA 90025 | JONATHAN J. DELSHAD, ESQ.<br><br>PHONE - 424-255-8376<br>FAX - 424-256-7899 | Litigation | C, U, D | | | $           - |
| 29 LEVY, DANIEL<br>C/O JONATHAN J. DELSHAD, ESQ. AND ELIE D. GHODSI, ESQ.<br>1663 SAWTELLE BLVD., SUITE 220<br>LOS ANGELES, CA 90025 | JONATHAN J. DELSHAD, ESQ. AND ELIE D. GHODSI, ESQ.<br><br>PHONE - 424-255-8376<br>FAX - 424-256-7899 | Litigation | C, U, D | | | $           - |
| 30 UNIVERSAL MUSIC GROUP<br>2100 COLORADO AVENUE<br>SANTA MONICA, CA  90404 | PHONE - 310-235-4700<br>FAX - 310-235-4907 | Royalties Claim | C, U, D | | | $           - |

**Fill in this information to identify the case:**

Debtor name:  Liberman Broadcasting, Inc.

United States Bankruptcy Court for the District of Delaware
                                                              (State)

Case number (If known):  _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 21, 2018          X  /s/ Brian Kei_____
                  MM /DD /YYYY                  Signature of individual signing on behalf of debtor

                                              Brian Kei_____
                                              Printed name

                                              Chief Financial Officer_____
                                              Position or relationship to debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re:                                          :
                                                :         Chapter 11
                                                :
LBI MEDIA, INC., et al.                         :         Case No. 18– _____ (      )
                                                :
              Debtors.[1]                       :         (Joint Administration Requested)
                                                :
------------------------------------------------------------- x
```

### CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
### PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, annexed hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in LBI Media, Inc. and its affiliated debtors (the "**Affiliated Debtors**"), as proposed debtors and debtors in possession (collectively, the "**Debtors**").  LBI, on behalf of itself and the Affiliated Debtors, respectfully represents as follows:

1.      Lenard Liberman directly holds 99.35% of the Class A common stock and 100% of the Class B common stock of Liberman Broadcasting, Inc.  To the best of the Debtors' knowledge and belief, no other person or entity directly owns ten percent (10%) or more of the equity interests in Liberman Broadcasting, Inc.

2.      Liberman Broadcasting, Inc. owns one hundred percent (100%) of the equity interests of LBI Media Holdings, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537).  The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

3.      LBI Media Holdings, Inc. owns one hundred percent (100%) of the equity interests of LBI Media Intermediate Holdings, Inc.

4.      LBI Media Intermediate Holdings, Inc. owns one hundred percent (100%) of the equity interests of LBI Media, Inc.

5.      LBI Media, Inc. owns one hundred percent (100%) of the membership interests of:

a.  Empire Burbank Studios LLC;

b.  Liberman Broadcasting of California LLC;

c.  Liberman Broadcasting of Houston LLC;

d.  Liberman Television of Houston LLC;

e.  Liberman Television LLC;

f.  Liberman Television of Dallas LLC;

g.  Liberman Broadcasting of Dallas LLC;

6.      Liberman Broadcasting of California LLC owns one hundred percent (100%) of the membership interests of LBI Radio License LLC.

7.      Liberman Broadcasting of Houston LLC owns one hundred percent (100%) of the membership interests of Liberman Broadcasting of Houston License LLC.

8.      Liberman Television of Houston LLC owns one hundred percent (100%) of the membership interests of KZJL License LLC.

9.      Liberman Television LLC owns one hundred percent (100%) of the membership interests of KRCA Television LLC.

10.      Liberman Television of Dallas LLC owns one hundred percent (100%) of the membership interests of Liberman Television of Dallas License LLC.

11.      Liberman Broadcasting of Dallas LLC owns one hundred percent (100%)

of the membership interests of Liberman Broadcasting of Dallas License LLC.

        12.    KRCA Television LLC owns one hundred percent (100%) of the membership interests of KRCA License LLC.

**<u>Exhibit A</u>**

**Organizational Chart**



**Fill in this information to identify the case:**

Debtor name:  Liberman Broadcasting, Inc.

United States Bankruptcy Court for the District of Delaware
(State)

Case number (*If known*):

# **Official Form 202**

## **Declaration Under Penalty of Perjury for Non-Individual Debtors**      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑   Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 21, 2018      **X** */s/ Brian Kei*
MM / DD /YYYY                            Signature of individual signing on behalf of debtor

Brian Kei
Printed name

Chief Financial Officer
Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
```
*In re:*                                        :
                                                :        **Chapter 11**
                                                :
**LIBERMAN BROADCASTING, INC.**        :        **Case No. 18– _____ (      )**
                                                :
                          **Debtor.**           :
                                                :
```
------------------------------------------------------- x
```

### LIST OF EQUITY HOLDERS[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest of the above-captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒   The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder)[2]:

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Lenard Liberman<br>1845 West Empire Avenue<br>Burbank, California 91504 | Class A Common Stock | 99.35% |
|  | Class B Common Stock | 100.00% |
| Ernesto Cruz<br>161 Hudson Street Apt. 4A<br>New York, NY 10013 | Class A Common Stock | 0.65% |

---

[1] This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.  All equity positions listed are as of the date of commencement of the chapter 11 case.

[2] In the past, Liberman Broadcasting, Inc. has issued warrants and stock options under a stock incentive plan to certain individuals.  However, as of the date hereof, no holder of a Liberman Broadcasting, Inc. warrant or stock option has exercised their rights to acquire the stock of Liberman Broadcasting, Inc.

**Fill in this information to identify the case:**

Debtor name: <u>Liberman Broadcasting, Inc.</u>

United States Bankruptcy Court for the <u>District of Delaware</u>
(State)

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration <u>List of Equity Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>November 21, 2018</u>          **X** <u>/s/ Brian Kei</u>
MM / DD /YYYY                    Signature of individual signing on behalf of debtor

<u>Brian Kei</u>
Printed name

<u>Chief Financial Officer</u>
Position or relationship to debtor